IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TANYA FURRY,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| | : | **NO. 10-2848** |
| | : | |
| **LEHIGH VALLEY** | : | |
| **HEALTH SYSTEM, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW**, this    28th    day of September, 2012, upon consideration of the Defendants' Motion for Summary Judgment (Doc. No. 44), Plaintiff's Response thereto (Doc. No. 46), Defendants' Reply (Doc. No. 53), and Plaintiff's Surreply (Doc. No. 54), as well as Plaintiff's Motion for Partial Summary Judgment (Doc. No. 43), Defendant's Response thereto (Doc. No. 48), and Plaintiff's Reply (Doc. No. 54), **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment with regard to Counts I and III of the Second Amended Complaint is **GRANTED**;

2. Defendants' Motion for Summary Judgment with regard to Count II of the Second Amended Complaint is **GRANTED** as to Defendants Cheryl Brunovsky and Jeanne Hoover, and **DENIED** as to Defendants Lehigh Valley Health System and Gerry Kresge;

3. Plaintiff's Motion for Partial Summary Judgment is **DENIED**; and

4. Defendants Brunovsky and Hoover are **DISMISSED** as parties to this action.

                                       BY THE COURT:

                                       */s/ Lawrence F. Stengel*
                                       LAWRENCE F. STENGEL, J.